1002

No. 379. LEMKE v. CITY OF NEWPORT NEWS. Sup. Ct. App. Va. Certiorari denied.

No. 643. FRILETTE ET AL. v. KIMBERLIN ET AL. C. C. P. A. Certiorari denied. *Oswald G. Hayes, Raymond W. Barclay, Richard K. Stevens, Davidson C. Miller,* and *John F. Witherspoon* for petitioners. *Malvin R. Mandelbaum* for respondents.

No. 644. SOUTHERN RAILWAY Co. v. CITY OF KNOXVILLE. Sup. Ct. Tenn. Certiorari denied. *Charles A. Horsky* and *Clyde W. Key* for petitioner. *W. P. Boone Dougherty* for respondent.

No. 645. FLOERSHEIM, DBA FLOERSHEIM SALES Co. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *Marion Edwyn Harrison* for petitioner. *Solicitor General Griswold, Assistant Attorney General McLaren,* and *Alvin L. Berman* for respondent.

No. 648. HAMMOND MILLING Co. ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *E. David Rosen* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Leonard H. Dickstein* for the United States.

No. 665. BRUSH-MOORE NEWSPAPERS, INC., DBA PORTSMOUTH TIMES v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Earle K. Shawe* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.